IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

|  |  |  |
|---|---|---|
| TEXAS GUARANTEED STUDENT LOAN CORP., | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. _____ |
| v. | ) ) | |
| UNITED STATES, | ) ) | Judge_____ |
| Defendant. | ) ) | |

**<u>TEXAS GUARANTEED STUDENT LOAN CORP.'S DISCLOSURE STATEMENT</u>**

The undersigned, counsel of record for Plaintiff Texas Guaranteed Student Loan Corp. ("TG"), furnishes the following information pursuant to Rule 7.1 of the Rules of the Court of Federal Claims:

1. TG does not have a parent corporation.

2. No publicly-held corporation owns stock 10% or more of stock in TG.

Dated: February 12, 2018          Respectfully submitted,

                                       /s/ Thomas P. McLish
                                       Thomas P. McLish
                                       tmclish@akingump.com
                                       AKIN GUMP STRAUSS HAUER & FELD LLP
                                       1333 New Hampshire Avenue, N.W.
                                       Washington, D.C. 20036-1564
                                       (202) 887-4000 (Tel)
                                       (202) 887-4288 (Fax)

                                       *Attorney for Texas Guaranteed Student Loan Corp.*

Of Counsel:
Scott M. Heimberg
sheimberg@akingump.com
Joseph W. Whitehead
jwhitehead@akingump.com
Elise A. Farrell
efarrell@akingump.com