IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

|  |  |  |
|---|---|---|
| TEXAS GUARANTEED STUDENT LOAN CORP., | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. _____ |
| v. | ) ) ) | |
| UNITED STATES, | ) ) | Judge_____ |
| Defendant. | ) ) | |

## **NOTICE OF RELATED CASES**

Pursuant to Rule 40.2 of the Court of Federal Claims, Plaintiff Texas Guaranteed Student Loan Corporation ("TG") hereby submits this notice of the following directly related cases: *Pioneer Credit Recovery, Inc. v. US*, Case No. 17-449C, *Continental Service Group, Inc. v. US*, Case no. 17-499C, *Account Control Technology, Inc. v. US*, Case No. 17-493C, *Alltran Education, Inc. v. US*, Case No. 17-517C, *Collection Technology, Inc. v. US,* Case No. 17-578C, *Progressive Financial Services, Inc v. US*, Case No. 17-558C, and *Van Ru Credit Corp. v. US* (17-633C), which were all consolidated under *Pioneer Credit Recovery, Inc. v. US*, Case No. 17-449C, before the Honorable Thomas C. Wheeler.

This case is also related to *FMS Investment Corp. v. US*, Case No. 18-204.

These cases qualify as directly related cases under RCFC 40.2(a)(2) because they all involve the U.S. Department of Education's ("Agency") award of contracts under Solicitation No. ED-FSA-16-R-0009 for debt collection services on student loans maintained by the Agency. The cases involve the same parties and are based on similar claims of unreasonable Agency action.

1

Assigning TG's case to Judge Wheeler, can be expected to conserve judicial resources and promote the efficient administration of justice.

February 12, 2018

Respectfully submitted,

   /s/ Thomas P. McLish
Thomas P. McLish
tmclish@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
(202) 887-4000 (Tel)
(202) 887-4288 (Fax)

*Attorney for Texas Guaranteed Student Loan Corp.*

Of Counsel:

Scott M. Heimberg
sheimberg@akingump.com
Joseph W. Whitehead
jwhitehead@akingump.com
Elise A. Farrell
efarrell@akingump.com